UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| LONZELL HINES, | Civil No. 05-903 (DSD/JGL) |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF MINNESOTA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 13, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court